[No. 14185-6-I.   Division One.   May 28, 1986.]

ROSEMARIE F. MORTON, *Respondent,* v. LEE
ALLAN MORTON, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 109718, Catherine E. Davis, J. Pro
Tem., entered December 12, 1983. *Affirmed* by unpublished

opinion per Johnsen, J. Pro Tem., concurred in by Ringold, A.C.J., and Swanson, J.